UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID CODREA<br>7581 Valley View Rd.<br>Hudson, OH 44236,<br><br>LEN SAVAGE<br>1486 Cherry Rd.<br>Franklin, GA 30217,<br><br>FFL DEFENSE RESEARCH CENTER<br>8951 E. Driftwood Tr.<br>Tucson, AZ 85749,<br><br>     Plaintiffs,<br><br>     v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES<br>99 New York Ave. NE<br>Washington, DC 20226<br><br>     Defendant. | Civil Action No. 15-0988 (BAH) |

## DEFENDANT'S ANSWER TO THE COMPLAINT

Defendant, the Bureau of Alcohol, Tobacco, Firearms and Explosives, ("Defendant" or "ATF"), by and through the undersigned counsel, hereby answers plaintiff's Complaint as follows:

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The ATF is not an "agency" within the meaning of the FOIA, 5 U.S.C. § 552(f)(1), and is, therefore, not a proper party defendant.

## THIRD DEFENSE

In response to the specifically-enumerated paragraphs set forth in the Complaint, defendant admits, denies and otherwise avers as follows:

1. This paragraph consists of plaintiff's characterization of this action, to which no response is required. To the extent a response is deemed necessary, defendant admits that plaintiff filed this Complaint purporting to bring claims under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 *et. seq.*, related to plaintiff's FOIA request to defendant, which speaks for itself and is the best evidence of its contents.

### Jurisdiction

2. This paragraph consists of plaintiff's legal conclusions, to which no response is required.

### Parties

3. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

4. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

5. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

6. Deny, except to admit that ATF is a component of the United States Department of Justice.

## COUNT ONE

7. Admit that plaintiff transmitted a FOIA request to defendant, which speaks for itself and is the best evidence of its contents and date of transmittal.

8. Admit that defendant received plaintiff's FOIA request on March 17, 2015, but aver that the Disclosure Division did not receive the request until March 31, 2015. The remaining allegations in this paragraph consist of plaintiff's conclusions of law, to which no response is required.

9. First sentence: Admit. Second sentence: The allegations in this sentence consist of plaintiff's conclusion of law, to which no response is required.

The remainder of the Complaint consists of plaintiff's claims for relief, to which no response is required. To the extent that a response is required, defendant denies that plaintiff is entitled to any of the relief requested, or to any relief whatsoever.

Each and every allegation not heretofore expressly admitted or denied is denied.

Respectfully submitted,

VINCENT H. COHEN, JR. D.C. BAR # 471489
Acting United States Attorney
 for the District of Columbia

DANIEL F. VAN HORN, D.C. BAR # 924092
Chief, Civil Division

 /s/  *Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2561
marina.braswell@usdoj.gov