UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID CODREA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 15-0988 (BAH) |
| ) | |
| BUREAU OF ALCOHOL, TOBACCO, ) | |
| FIREARMS AND EXPLOSIVES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## JOINT MOTION FOR ADDITIONAL EXTENSION OF TIME TO FILE STATUS REPORT

Pursuant to Fed. R. Civ. P. 6, plaintiffs and defendant hereby move for a further extension of time in which to file their report in this Freedom of information Act ("FOIA") case, as set forth in section 3(b)(ii) of this Court's Standing Order entered in this case on June 29, 2015.  The grounds for this request are as follows.

As the parties stated in their last joint motion, defendant has been gathering documents responsive to the FOIA request at issue here.  Defendant, however, has encountered a problem attempting to search one of its databases, in that the search has proven thus far unduly burdensome and has retrieved a large number of items that are unresponsive to the FOIA request.  The parties agree that they need additional time to confer in order to try and narrow the request in a way that would make the search of this database more productive.

In order to allow for the additional time needed to try and work this out without the need for judicial intervention, and for plaintiffs to consider how the request might possibly be narrowed, the parties request that they be given to September 30, 2015, in which to file their report.

With plaintiff's permission, defendant files this report on behalf of both parties, as plaintiff is out of town.

>Respectfully submitted,
>
>VINCENT H. COHEN, JR. D.C. BAR # 471489
>Acting United States Attorney
> for the District of Columbia
>
>DANIEL F. VAN HORN, D.C. BAR # 924092
>Chief, Civil Division
>
> /s/  *Marina Utgoff Braswell*
>   MARINA UTGOFF BRASWELL, D.C. BAR #416587
>   Assistant United States Attorney
>   U.S. Attorney's Office, Civil Division
>   555 4th Street, N.W.
>   Washington, D.C. 20530
>   (202) 252-2561
>    marina.braswell@usdoj.gov
>
>
>   *Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID CODREA, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 15-0988 (BAH) |
| | ) |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the parties' joint motion for additional extension of time, the entire record herein, and for good cause shown, it is hereby

ORDERED that the motion is hereby granted; and it is further

ORDERED that the parties may have to and including September 30, 2015, in which to file their report, as ordered by this Court in Section 3(b)(ii) of the Court's June 29, 2015 Standing Order entered into this case.

UNITED STATES DISTRICT JUDGE