UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID CODREA, <u>et al.</u>, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 15-0988 (BAH) |
| | ) | |
| BUREAU OF ALCOHOL, TOBACCO, | ) | |
| FIREARMS AND EXPLOSIVES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## JOINT MEET AND CONFER STATEMENT

In this case filed under the Freedom of information Act ("FOIA"), the parties have conferred as set forth in section 3(b)(ii) of this Court's Standing Order entered in this case on June 29, 2015, and report as follows.

No final determination on plaintiff's FOIA request has been made by defendant Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), as the agency is still currently processing plaintiff's FOIA request.  At present, the agency has located approximately 5,300 pages, which it estimates will take three months to process.  ATF has agreed with plaintiff to make periodic productions of information during these three months.  The parties have also conferred and agreed upon a further limited search  with respect to two areas of inquiry in the FOIA request, given the extensive nature of ATF's prior search with respect to these two areas. ATF has agreed to undertake this further limited search, and estimates it will be completed by October 30, 2015.  Until the results of this search are known, ATF cannot presently estimate how long it will take to process any responsive records located.

Therefore, given that it will take ATF three months to process the records already located, the parties propose that the Court issue an order requiring a joint status report and

further proposed schedule on or before December 30, 2015.  By that time the additional search

will have been completed, the records currently located will have been processed, and the parties

will know how much, if any, additional time is needed to complete the processing of any

additional records found as a result of the further search to be undertaken.

The parties are cognizant of the fact that this Court's Scheduling Order stated that the

parties must inform the Court as to when a final determination by defendant will be made and

propose a briefing schedule for the filing of dispositive motions.  Under the facts of this case,

however, the parties regrettably are not currently in a position to provide those dates.  The date

for a final determination cannot be ascertained until the further search has been completed.  And

a proposed briefing schedule cannot be developed until the parties see how much information has

been withheld from plaintiff, and plaintiff informs defendant which exemptions plaintiff  wants

addressed in a Vaughn index, and how many pages will need to be addressed in such an index.

Accordingly, the parties request that the Court issue a scheduling order requiring the

parties to file a further joint status report and proposed schedule for further proceedings on or

before December 30, 2015.

Respectfully submitted,

VINCENT H. COHEN, JR. D.C. BAR # 471489
Acting United States Attorney
 for the District of Columbia

DANIEL F. VAN HORN, D.C. BAR # 924092
Chief, Civil Division

 /s/  Marina Utgoff Braswell
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

2

(202) 252-2561
marina.braswell@usdoj.gov

*Counsel for Defendant*

*/s/ David T. Hardy*
DAVID T. HARDY
U.S. Dist. Ct. Bar # CO0039
8987 E. Tanque Verde No. 265
Tucson AZ 85749
(520) 749-0241
dthardy@mindspring.com

*Counsel for the Plaintiffs*

3