UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID CODREA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 15-0988 (BAH) |
| ) | |
| BUREAU OF ALCOHOL, TOBACCO, ) | |
| FIREARMS AND EXPLOSIVES, ) | |
| ) | |
| Defendant. ) | |

### JOINT STATUS REPORT AND MOTION TO EXTEND TIME TO FILE A JOINT MEET AND CONFER STATEMENT

In this case filed under the Freedom of information Act ("FOIA"), the parties hereby report on proceedings to date and request an extension of time to file a proposed briefing schedule, as set forth in section 3(b)(ii) of this Court's Standing Order entered in this case on June 29, 2015.

No final determination on plaintiff's FOIA request has been made by defendant Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), as the agency is still currently processing plaintiff's FOIA request. As explained in the parties' Joint Meet and Confer Statement filed September 30, 2015, the agency located approximately 5,300 pages. Although ATF had estimated that it would take three months to process the responsive records, ATF has been unable to complete the processing as originally estimated. ATF has made periodic productions of information to plaintiff since the filing of that report. Moreover, the parties previously agreed upon a further limited search, which has been completed.

ATF now anticipates that it will complete processing the records responsive to plaintiff's FOIA request by March 15, 2016.

The parties are cognizant of the fact that this Court's Scheduling Order stated that the parties must propose a briefing schedule for the filing of dispositive motions.  Under the facts of this case, however, the parties regrettably are not currently in a position to provide those dates.  A proposed briefing schedule cannot be developed until the parties see how much information has been withheld from plaintiff, and plaintiff informs defendant which exemptions plaintiff wants addressed in a <u>Vaughn</u> index, and how many pages will need to be addressed in such an index.

Accordingly, the parties request that the Court issue a scheduling order requiring the parties to file a further joint status report and proposed schedule for further proceedings on or before March 30, 2016.

        Respectfully submitted,

        CHANNING D. PHILLIPS, D.C. BAR # 415793
        U.S. Attorney for the District of Columbia

        DANIEL F. VAN HORN, D.C. BAR # 924092
        Chief, Civil Division

 /s/  *Marina Utgoff Braswell*
   MARINA UTGOFF BRASWELL, D.C. BAR #416587
   Assistant United States Attorney
   U.S. Attorney's Office, Civil Division
   555 4th Street, N.W.
   Washington, D.C. 20530
   (202) 252-2561
    marina.braswell@usdoj.gov

      *Counsel for Defendant*

   */s/ David T. Hardy*
   DAVID T. HARDY
   U.S. Dist. Ct. Bar # CO0039
   8987 E. Tanque Verde No. 265

Tucson AZ 85749
(520) 749-0241
dthardy@mindspring.com

*Counsel for the Plaintiffs*