UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID CODREA, et al.,                  )<br>)<br>)<br>      Plaintiffs,      )<br>)<br>      v.              )<br>)<br>BUREAU OF ALCOHOL, TOBACCO,   )<br>FIREARMS AND EXPLOSIVES,      )<br>)<br>      Defendant.    )<br>_____ ) | Civil Action No. 15-0988 (BAH) |

**JOINT MEET AND CONFER STATEMENT**

In this case filed under the Freedom of information Act ("FOIA"), the parties have conferred as set forth in section 3(b)(ii) of this Court's Standing Order entered in this case on June 29, 2015, and report as follows.

On March 15, 2016, defendant Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), completed processing plaintiff's FOIA request, and made its fourth and final production of documents. The parties propose the following schedule:

April 7, 2016: Plaintiffs will inform Defendant of any withholdings they challenge;

May 23, 2016: Defendant will file a Vaughn declaration and motion for summary judgment.

June 22, 2016: Plaintiffs will respond.

July 11, 2016: Defendants will reply.

Respectfully submitted,

VINCENT H. COHEN, JR. D.C. BAR # 471489
Acting United States Attorney
 for the District of Columbia

    DANIEL F. VAN HORN, D.C. BAR # 924092
    Chief, Civil Division

 /s/  *Marina Utgoff Braswell*
  MARINA UTGOFF BRASWELL, D.C. BAR #416587
  Assistant United States Attorney
  U.S. Attorney's Office, Civil Division
  555 4th Street, N.W.
  Washington, D.C. 20530
  (202) 252-2561
  marina.braswell@usdoj.gov

   *Counsel for Defendant*


  */s/ David T. Hardy*
  DAVID T. HARDY
  U.S. Dist. Ct. Bar # CO0039
  8987 E. Tanque Verde No. 265
  Tucson AZ 85749
  (520) 749-0241
  dthardy@mindspring.com


   *Counsel for the Plaintiffs*