UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID CODREA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 15-0988 (BAH) |
| ) | |
| BUREAU OF ALCOHOL, TOBACCO, ) | |
| FIREARMS AND EXPLOSIVES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6, defendant hereby moves for a brief extension of time, to and including July 19, 2016, in which to file its reply to plaintiff's opposition to defendant's motion for summary judgment in this Freedom of information Act ("FOIA") case. Defendant's reply is currently due July 11, 2016. Plaintiff has stated that this motion will not be opposed.

To date defendant has filed no motions for extension of time on behalf of defendant alone. The parties jointly have filed three motions for an extension of time, see Dkt. Nos. 7, 8 & 11, as they tried to narrow the issues in need of resolution. This motion will have no effect on any other matter scheduled in this case.

Plaintiff's response to defendant's motion for summary judgment makes several factual assertions to which defendant needs to respond by way of a declaration from a subject matter expert who can respond more thoroughly to plaintiff's claims. Defendant therefore needs additional time to prepare this declaration and then prepare and file the reply brief which will be based on this declaration.

For the reasons set forth above, defendant respectfully requests that this unopposed motion be granted.

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. BAR # 415793
U.S. Attorney for the District of Columbia


DANIEL F. VAN HORN, D.C. BAR # 924092
Chief, Civil Division


 /s/  *Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2561
 marina.braswell@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID CODREA, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Civil Action No. 15-0988 (BAH) |
| | ) |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of defendant's unopposed motion for extension of time, the entire record herein, and for good cause shown, it is hereby

ORDERED that the motion is hereby granted; and it is further

ORDERED that defendant may have to and including July 19, 2016, in which to file defendant's reply to plaintiff's opposition to defendant's motion for summary judgment.

UNITED STATES DISTRICT JUDGE